appeal strongly to equity. The reverse is true of the claims of appellant. We will not disturb the findings on the question of laches for the purpose of allowing appellant to reap the benefits of fraud.

The judgment and order denying a new trial are affirmed.

---

BLOCK, Respondent, v. LEHMAN (GOULD, Intervenor and), Appellant.

(141 N. W. 787.)

**Appeal—Briefs—Failure to File—Affirmance.**
> Where appellant filed no brief, and no record save a copy of notice of appeal is on file, judgment will be affirmed.

(Opinion filed May 20, 1913.)

Appeal from Circuit Court, Day County. Hon. FRANK Mc-NULTY, Judge.

Action by Frank Block against A. W. Lehman, in which W. G. Gould intervened. From a judgment for plaintiff, defendant and intervener appeals. Affirmed.

*Anderson & Waddell,* for Appellant.

*H. H. Potter,* for Respondent.

SMITH, J. In this case nothing appears in the records of this court except a copy of the notice of appeal which was filed September 20, 1912. No briefs have been filed.

The judgment of the trial court is affirmed.

---

STRAUB, Respondent, v. LYMAN LAND & INVESTMENT COMPANY, Appellant.

(141 N. W. 979.)

**Constitutional Law—Domestic Corporations—Due Process of Law— Service of Process Outside State.**
> Code Civ. Proc., Sec. 110, as amended by Laws 1911, Ch. 226, providing for service upon a domestic corporation by delivering a copy to a designated officer of the corporation, either within or without the state, is not unconstitutional wherein it provides for service upon an officer without the state, as a deprivation of due process of law.
> Gates, J., taking no part in the decision.

(Opinion filed May 24, 1913.)